**UNITED STATES of America, Plaintiff—Appellee,**

v.

**R.V. YOUNG, Defendant—Appellant.**

**No. 00–6622.**

United States Court of Appeals, Sixth Circuit.

July 17, 2002.

Before SUHRHEINRICH, SILER, and GILMAN, Circuit Judges.

ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, it is therefore ORDERED that said judgment be and it hereby is affirmed.